## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| CRAIG CARRELL, ROBERT "GUNNAR" WARMBOLD, and ERNEST CASTILLO, § § § § | |
| Plaintiffs, § § | |
| VS. § § | CIVIL ACTION NO. H-10-2523 |
| L&S PLUMBING PARTNERSHIP, LTD, and L&S PLUMBING (GP), LLC § § § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the court's Memorandum and Order of even date, this action is dismissed without prejudice in order to permit the parties' contractually agreed arbitration to proceed.

SIGNED on August 1, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge